

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| In Re: Dish Network L.L.C. and Echosphere L.L.C., | § | No. 08-16-00300-CV |
|  |  | AN ORIGINAL PROCEEDING |
| Relators. | § |  |
|  |  | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

# **O R D E R**

The Court has this day considered the Relator's motion for emergency stay and concludes the motion should be GRANTED. Further proceedings and the Order Granting Plaintiff's Motion to Compel Responses to Requests for Production Regarding Disqualification signed on November 2, 2016, by the Honorable Luis Aguilar are hereby stayed in cause number 2016-DCV-2745, styled *Yvette Delgado v. Dish Network L.L.C. and Echosphere L.L.C.,* pending the resolution of the petition for writ of mandamus or further order of this Court.

IT IS SO ORDERED this 8th day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.